204 So.2d 573

**ALADDIN OIL COMPANY, Inc., et al.**

v.

**RAYBURN WELL SERVICE, INC., et al.**

No. 48952.

Dec. 11, 1967.

Writ denied. On the facts found by the Court of Appeal there appears no error of law in its judgment.

SANDERS, J., is of the opinion a writ should be granted to consider the claim for damage to the leasehold interest. "Certain evidence" of the extent of the damage is not required.

SUMMERS, J., is of the opinion a writ should be granted.